UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO. 5:23-cr-44-JA-PRL

SHERMAN ORLANDO
LAWRENCE

## ORDER

Before the Court is Defendant Sherman Orlando Lawrence's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. 68). Lawrence seeks a sentence reduction under Amendment 821 to the Sentencing Guidelines—effective November 1, 2023—which applies to certain zero-point offenders and limits the use of status points. *See United States v. Arroyo-Mata*, 730 F. Supp. 3d 1323, 1323 (N.D. Ga. 2024) (stating that Amendment 821 "provides a two-offense level reduction for defendants with zero criminal history points"); *see also United States v. Vente-Orobio*, No. 19-20042-CR, 2024 WL 1016110, at *2 (S.D. Fla. Mar. 8, 2024); *see also* U.S. Sent'g Comm'n, *Adopted Amendments (Effective November 1, 2023)*, Amend. 821.

The Federal Public Defender, who was appointed for this proceeding, submits a memorandum (Doc. 73), detailing that Lawrence is ineligible for a

sentence reduction under this amendment because he "was sentenced after the effective date of Amendment 821 and has already received a two-level reduction in the calculation of his guideline sentencing range." (*Id.* at 3). Indeed, Lawrence is ineligible for a sentence reduction under Amendment 821 because it was in effect when he was sentenced on November 16, 2023. (Doc. 64); *United States v. Webb*, 565 F.3d 789, 793 (11th Cir. 2009) (stating that § 3582(c) allows a district court to reduce a "term of imprisonment for a defendant 'who has been sentenced to a term of imprisonment based on a sentencing range that has *subsequently* been lowered by the Sentencing Commission'" (emphasis added)).

Thus, Lawrence's motion for a sentence reduction (Doc. 68) is **denied**.

**DONE** and **ORDERED** on September 24, 2025.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Sherman Orlando Lawrence
Counsel for Defendant